IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:12-cr-00122-1
)
William Preston Samuels, )
    Defendant. )
)
_____)

**ORDER**

On March 25, 2019, Defendant Samuels petitioned the Court to reduce his sentence pursuant to the revised good-time credit provisions found within the First Step Act of 2018 (Doc. 44). The Government responded in opposition to Defendant's motion, primarily because the provision altering the method for calculating good-time credit had not yet become effective.

On July 19, 2019, Defendant was released from the custody of the Bureau of Prisons and is presently serving his supervised release term.

Because Defendant is no longer in custody, his motion is **DENIED AS MOOT**.

SO ORDERED this 30th day of DECEMBER, 2019.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT